NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTORIOUS ANTHONY FELDER,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2023-1530

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-23-0027-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31 (a) within the time permitted, it is

2                                                          FELDER v. DHS

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 20, 2023
     Date                    /s/ Peter R. Marksteiner
                             Peter R. Marksteiner
                             Clerk of Court

**ISSUED AS A MANDATE:** March 20, 2023